1  ALAN HARRIS (CA Bar No. 146079)
   ABIGAIL TREANOR (CA Bar No. 228610)
2  atreanor@harrisandruble.com
   HARRIS & RUBLE
3  6424 Santa Monica Boulevard
   Los Angeles, California 90038
4  Telephone:  (323) 962-3777
   Facsimile:   (323) 962-3004
5
   DAVID S. HARRIS (CA Bar No. 215224)
6  NORTH BAY LAW GROUP
   116 E. Blithedale Avenue, Suite #2
7  Mill Valley, California 94941-2024
   Telephone:  (415) 388-8788
8  Facsimile:   (415) 388-8770

9  Attorneys for Plaintiff
   KENNETH P. WADE and KEVIN R. BAER
10
   ROBERT PATTISON (SBN 103528)
11 JACKSON LEWIS LLP
   199 Fremont Street, 10th Floor
12 San Francisco, California  94105
   Telephone:  (415) 394-9400
13 Facsimile:   (415) 394-9401

14 Attorneys for Defendants
   MINATTA TRANSPORTATION COMPANY and
15 SHAMROCK MATERIALS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH P. WADE, KEVIN R. BAER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MINATTA TRANSPORTATION COMPANY, SHAMROCK MATERIALS, INC., and DOES 1 to 20,<br><br>Defendant. | Case No.: C-10-02796 BZ<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING ADR DEADLINE AND CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Courtroom:  G (15th Floor)<br>Judge:          Hon. Bernard Zimmerman |

-1-

The parties hereby stipulate as follows:

WHEREAS, the instant matter was referred to panel mediation through the ADR Department of the Northern District of California. The parties are currently scheduled to mediate with Mr. Jean Gaskill on March 25, 2011;

WHEREAS, a Further Case Management Conference is currently scheduled to take place on April 4, 2011 at 4:00 p.m. in Courtroom G, 15th Floor, San Francisco, before the Honorable Magistrate Judge Bernard Zimmerman;

WHEREAS, the parties respectfully request that the Court grant a 45-day continuance of the parties' mediation deadline as the parties are in need of additional time in order to exchange additional information and documentation to ensure the mediation session is as productive as possible; and

WHEREAS, Mr. Jean Gaskill has indicated that he is willing to reschedule the mediation to be completed on or before a mutually-agreeable date. To this end, the parties are in the process of coordinating and rescheduling the mediation date.

IT IS THEREFORE STIPULATED AND AGREED that the parties shall complete mediation on or before May 20, 2011. The parties further stipulate to continue the Further Case Management Conference until June 6, 2011 at 4:00 p.m. in Courtroom G, 15th Floor, San Francisco if that is convenient to the Court. The parties shall file a Joint Case Management Statement at least one week prior to the Conference.

**IT IS SO STIPULATED.**

Respectfully submitted,

Date: March 14, 2011                    HARRIS & RUBLE

                                        By          /s/
                                             Alan Harris

| | | |
|---|---|---|
| 1 | Date: March 14, 2011 | NORTH BAY LAW GROUP |
| 2 | | By  /s/ |
| 3 | |     David S. Harris |
| 4 | | Attorneys for Plaintiff KENNETH P. WADE and KEVIN R. BAER |
| 5 | Date: March 14, 2011 | JACKSON LEWIS LLP |
| 6 | | By  /s/ |
| 7 | |     Robert Pattison |
|   | | Attorneys for Defendants MINATTA TRANSPORTATION COMPANY and SHAMROCK MATERIALS, INC. |

**IT IS HEREBY ORDERED AS FOLLOWS:**

The parties shall complete mediation on or before May 20, 2011 [handwritten: May 31, 2011 at 3 pm]. The Further Case Management Conference is continued to ~~June 6, 2011~~ at ~~4:00~~ p.m. in Courtroom G. The parties shall file a Joint Case Management Statement at least one week prior to the Conference.

DATED: March 15, 2011

                                  _____
                                  Honorable Bernard Zimmerman
                                  United States Magistrate Judge

-3-